994 A.2d 1080

**In the Interest of L.J.**

**Petition of L.J.**

Supreme Court of Pennsylvania.

May 18, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 18th day of May, 2010, the Petition for Allowance of Appeal is **GRANTED.** The issue, rephrased for clarity, is:

> Whether and when a reviewing court considering a challenge to a pretrial suppression ruling, whether in a post-verdict or appellate context, may look beyond the record of evidence presented at the suppression hearing?